NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INNOSCIENCE (ZHUHAI) TECHNOLOGY COMPANY, LTD., INNOSCIENCE AMERICA, INC.,**
*Appellants*

**v.**

**EFFICIENT POWER CONVERSION CORPORATION,**
*Cross-Appellant*

---

2025-1891, 2025-1909

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01381.

---

**ON MOTION**

---

Before LINN, *Circuit Judge*.

**O R D E R**

Upon consideration of Efficient Power Conversion Corporation's motion for an extension of time, until

2 INNOSCIENCE (ZHUHAI) TECHNOLOGY COMPANY, LTD. v.
EFFICIENT POWER CONVERSION CORPORATION

January 16, 2026, to file its principal and response brief, and appellants' opposition,[1]

IT IS ORDERED THAT:

The motion is granted. No further extensions of time for the principal and response brief should be anticipated.

FOR THE COURT

October 23, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1] ECF No. 18 is accepted as a corrected version of ECF No. 16. The court will take no further action on ECF No. 16.